UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | Judge Guzman |
|---|---|---|
| Kimon Wheeler, Demetrius Harris and Christopher Harris v. City of Chicago, Alejandro Vargas, Star #14981; Alfred Robinson, Star # 7060; Kevin Smith, Star # 14648; Peterson Pohl, Star # 6582; Jose Estrada, Star # 11109; Lawrence Aikin, Star # 4088; Richard Alghini, Star # 14603; Dave Osborn, Star # 18800; and Robert Economos, Star # 15375. | 07 C 6880 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Alejandro Vargas, Alfred Robinson, Kevin Smith, Peterson Pohl, Jose Estrada, Lawrence Aikin, Richard Alghini, Dave Osborn and Robert Economos.

| SIGNATURE | /s/ Mary S. McDonald |
|---|---|
| FIRM | City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 No. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06199995 | 312.744.8307 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

Case 1:07-cv-06880 Document 18 Filed 01/11/2008 Page 2 of 2