IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMON WHEELER; | ) | |
| DEMETRIUS HARRIS; and | ) | |
| CHRISTOPHER HARRIS; | ) | |
| | ) | No. 07 C 6880 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO; Chicago | ) | |
| Police Officers | ) | |
| ALEJANDRO VARGAS, Star 14981; | ) | |
| ALFRED ROBINSON, Star 7060; | ) | Judge Coar |
| KEVIN SMITH, Star 14648; | ) | |
| PETERSON POHL, Star 6582; | ) | Judge Magistrate Valdez |
| JOSE ESTRADA, Star 11109; | ) | |
| LAWRENCE AIKIN, Star 4088; | ) | |
| RICHARD ALGHINI, Star 14603; | ) | |
| DAVE OSBORN, Star 18800; and | ) | |
| ROBERT ECONOMOS, Star 15375; | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:    Lawrence V. Jackowiak
       Louis J. Meyer
       Daniel P. Kiss
       Law Offices of Lawrence V. Jackowiak
       20 N. Clark St, Suite #1700
       Chicago, IL 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and served upon you.

   Dated: January 11, 2008.

   I hereby certify that I have served this notice and the attached document by causing it to be delivered electronically pursuant to L.R.5.9 this 11th day of January, 2008.

                                          Respectfully Submitted,


                                          /s/ *Mary McDonald*
                                            Assistant Corporation