UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMON WHEELER; | ) | |
| DEMETRIUS HARRIS; and | ) | |
| CHRISTOPHER HARRIS; | ) | |
| | ) | No. 07 C 6880 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO; Chicago | ) | |
| Police Officers | ) | |
| ALEJANDRO VARGAS, Star 14981; | ) | |
| ALFRED ROBINSON, Star 7060; | ) | Judge Coar |
| KEVIN SMITH, Star 14648; | ) | |
| PETERSON POHL, Star 6582; | ) | Judge Magistrate Valdez |
| JOSE ESTRADA, Star 11109; | ) | |
| LAWRENCE AIKIN, Star 4088; | ) | |
| RICHARD ALGHINI, Star 14603; | ) | |
| DAVE OSBORN, Star 18800; and | ) | |
| ROBERT ECONOMOS, Star 15375; | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION & CERTIFICATE OF SERVICE**

To:   Lawrence V. Jackowiak
      Attorney at Law
      20 N. Clark, Suite 1700
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS' JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 6th day of February, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **February 13, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

**DATED** this 6th day of February, 2008.

        Respectfully submitted,

   /s/ Suyon Reed
SUYON REED
Assistant Corporation Counsel
30 North LaSalle Street - Room 1400
Chicago, Illinois 60602
(312)744-3283
Attorney No. 6280973