Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6880 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Wheele, et al r  v.  City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

The parties are advised to adhere and follow Local Rule 5.8 when filing documents under seal pursuant to this protective order. Further, Local Rule 26.2 (and in particular 26.2(e)) shall apply unless otherwise ordered by this Court. Absent a motion from a party, sealed documents will be placed in the public record after closing of the case as stated in L.R. 26.2(e).  ENTER QUALIFIED HIPAA & CONFIDENTIAL MATTER PROTECTIVE ORDER.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAM. |
|---|---|---|

07 C 6880  Wheeler v. City of Chgo

Page 1 of 1