UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kimon Wheeler, et al.
                              Plaintiff,
v.                                                    Case No.: 1:07−cv−06880
                                                      Honorable David H. Coar
City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before Judge Honorable David H. Coar: Rule 16(b) Scheduling conference held on 4/7/2008. The Report of Parties' Planning Conference and the Proposed Scheduling Order to be e−filed (on the docket) by 4/11/2008. Rule 16(b) Scheduling Conference continued to 4/16/2008 at 09:00 A.M. If the report and scheduling order is not filed by April 11, 2008, this case will be dismissed without further notice.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.