UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMON WHEELER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 6880 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable.

   A. All disclosures required by Rule 26(a)(1) where exchanged.

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before May 23, 2008.

   C. The cutoff of fact discovery is November 28, 2008.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before December 31, 2008.

   E. The parties may depose the other side's expert at any time prior to January 30, 2009.

   F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to February 13, 2009.

   G. The parties shall have until March 13, 2009 to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions to be filed on or before March 31, 2009.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before May 30, 2009.

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

**4. Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

**5. Status Hearings**

A further status hearing/preliminary pretrial conference should be held on <u>November 28, 2008</u>.


Respectfully submitted,

Dated: <u>April 2, 2008</u>                                    Dated: <u>April 2, 2008</u>

/s/Lawrence V. Jackowiak                            /s/ Mary McDonald
Law Offices of Lawrence V. Jackowiak      Assistant Corporation Counsel
20 North Clark Street, Suite 1700                 30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                                  Chicago, Illinois 60602
(312) 795-9595                                              (312) 744-8307
*Attorney for Plaintiff*                                   *Attorney for Defendants*