

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 2 1 2008

Judge David H. Coar
United States District Court

KIMON WHEELER; DEMETRIUS HARRIS; and )
CHRISTOPHER HARRIS, )
)
Plaintiffs, )
)            No. 07 C 6880
vs. )
)            Judge Coar
CITY OF CHICAGO; Chicago Police Officers )
ALEJANDRO VARGAS, Star 14981; ALFRED )      Magistrate Judge Valdez
ROBINSON, Star 7060; KEVIN SMITH, Star )
14648; PETERSON POHL, Star 6582; JOSE )
ESTRADA, Star 11109; LAWRENCE AIKIN, Star )
4088; RICHARD ALGHINI, Star 14603; DAVE )
OSBORN, Star 18800; and ROBERT )
ECONOMOS, Star 15375; )
)
Defendants. )            JURY DEMAND

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_/s/ Lawrence Jackowiak_
Lawrence V. Jackowiak
Attorney for plaintiffs,
Kimon Wheeler, Demetrius Harris and Christopher Harris
Law Office of Lawrence V. Jackowiak
20 N. Clark St., Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6231003
DATE: 7/18/2008

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _/s/ Mary McDonald_
Mary McDonald
Assistant Corporation Counsel
Attorney for defendants,
Alejandro Vargas, Alfred Robinson, Kevin Smith, Peterson Phol, Jose Estrada, Lawrence Aikin, Richard Alghini, Dave Osborn and Robert Economos
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995
DATE: 7/18/08

07 C 6880