

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMON WHEELER; DEMETRIUS HARRIS; and CHRISTOPHER HARRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHICAGO; Chicago Police Officers ALEJANDRO VARGAS, Star 14981; ALFRED ROBINSON, Star 7060; KEVIN SMITH, Star 14648; PETERSON POHL, Star 6582; JOSE ESTRADA, Star 11109; LAWRENCE AIKIN, Star 4088; RICHARD ALGHINI, Star 14603; DAVE OSBORN, Star 18800; and ROBERT ECONOMOS, Star 15375; <br><br> Defendants. | No. 07 C 6880 <br><br> Judge Coar <br><br> Magistrate Judge Valdez <br><br><br><br><br><br><br><br> JURY DEMAND |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, Kimon Wheeler, Demetrius Harris and Christopher Harris, by one of their attorneys, Lawrence V. Jackowiak, and defendants, Alejandro Vargas, Alfred Robinson, Kevin Smith, Peterson Pohl, Jose Estrada, Lawrence Aikin, Richard Alghini, Dave Osborn and Robert Economos, by one of their attorneys, Mary McDonald, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs, Kimon Wheeler, Demetrius Harris and Christopher Harris, against defendants, City of Chicago, Alejandro Vargas, Alfred Robinson, Kevin Smith, Peterson Phol, Jose Estrada, Lawrence Aikin, Richard Alghini, Dave Osborn and Robert Economos, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Mary McDonald
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995

ENTER: /s/ David H. Coar
The Honorable David H. Coar
United States District Judge

DATED: JUL 3 0 2008